UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES HARRY HART,

            Plaintiff,

v.

LEWIS COUNTY JAIL AND SUBORDINATES, et al.,

           Defendants.

CASE NO. 3:24-cv-05499-TL-BAT

**ORDER OF DISMISSAL**

Having reviewed *de novo* the Report and Recommendation of the assigned United States Magistrate Judge, and no objections or responses having been received, and the record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Count I is DISMISSED without prejudice; Counts II and II are DISMISSED with prejudice.

(3)    The Clerk SHALL PROVIDE Plaintiff a copy of this Order.

Dated this 19th day of August 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1